# MINUTES

# ARRAIGNMENT – March 31, 2017

|  |  |  |
|---|---|---|
| **Judge: Liam O'Grady**<br>**7th Floor, Courtroom 700**<br>**Time: 9:08 – 9:13** |  | (Rptr: Anneliese Thomson) |
| HUDDLESTON,<br>    Taylor | 1:17cr34 | AUSA: Kellen S. Dwyer and Lena Munasifi |
|  | **On Bond** | Defense: Kenneth P. Troccoli |
| (Conspiracy and Aiding and Abetting Computer Intrusions) | **Cont'd. on current Bond** | **Motions: HEARING 7/29/17 9:00 a.m.**<br>**Trial: JURY 9/25/17 10:00 a.m.** |
| Deft WFA, PNG to the Indictment, and demanded a jury trial. |  | Date Returned: 02/16/17<br>**Speedy Trial**: 05/05/17 **WAIVED** orally and in writing, in open court and on Deft's advice, gov't agreement, and Court's finding of good cause to delay. |
| Motions are due 7/3/17. |  |  |
| Heard: Deft's motion to modify conds. of bond and gov't opposition thereto. Findings stated: Deft is already allowed to use a computer, and the Court **denied** the request for internet use in addition to computer use at this time. Parties may try to work out an acceptable plan that includes safeguards and submit it for review. |  |  |
| Discovery Order entered and filed.<br>Waiver of Speedy Trial entered and filed.<br>Joint Motion for Entry of a Stipulated Protective Order SO ORDERED. |  |  |