IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAYLOR HUDDLESTON,<br><br>Defendant. | Criminal No. 1:17-CR-34<br><br>The Hon. Liam O'Grady |

## ORDER AMENDING CONDITIONS OF RELEASE

This matter is before the Court on the parties' Joint Motion to Amend Conditions of Pretrial Release and Protective Order. The Court hereby ORDERS that the defendant's conditions of release be amended as follows:

1. The following condition shall be added:

   The defendant shall not access a computer, tablet, mobile device, smart phone, and/or the internet unless monitoring software has been installed by the probation office, except as authorized by the Court or the probation office. The defendant shall consent to the installation of such monitoring software on any device to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the device, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The cost of the monitoring will be paid by the defendant.

2. Condition 7(w), which currently reads, "No access to internet through any computer or other data capable device including smart phone", shall be replaced with the following:

> No access to internet through any computer or other data capable device including smart phone, except as authorized by the Court or the probation office.

ALL OTHER CONDITIONS OF RELEASE SHALL REMAIN IN FORCE AND FULL EFFECT.

IT IS SO ORDERED.

_____
THE HONORABLE LIAM O'GRADY
UNITED STATES DISTRICT JUDGE

May 2, 2017
Alexandria, Virginia