UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:17-CR-34 |
| TAYLOR HUDDLESTON, | ) | |
| | ) | Hon. Liam O'Grady |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS**

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Kellen S. Dwyer, Assistant United States Attorney, respectfully moves the Court to dismiss Counts One and Two of the Indictment in the above captioned case.

WHEREFORE, the undersigned requests that the Court dismiss Counts One and Two of the Indictment.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Kellen S. Dwyer
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700; Fax: (703) 299-3980
kellen.dwyer@usdoj.gov