IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:17CR34 |
| ) | Hon. Liam O'Grady |
| TAYLOR HUDDLESTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER CONTINUING HEARING DATE

Upon consideration of Defendant's Motion to Continue Hearing Date, and for good cause shown, it is hereby

ORDERED that said motion is Granted; and

FURTHER ORDERED that this case is continued for a sentencing hearing from Friday, December 8, 2017 to Friday, February 2, 2018 at 9:00 a.m.; and

FURTHER ORDERED that the Clerk send a copy of this Order to counsel of record.

ENTERED this 18th day of October 2017.

_____
LIAM O'GRADY
UNITED STATES DISTRICT JUDGE