# Exhibit 1


## Symantec.

January 5, 2018

BY EMAIL

Special Agent ███
Federal Bureau of Investigation (FBI)
Washington Field Office
███

RE:     Statistics regarding "NanoCore" detections

Dear Special Agent ███,

    We value the FBI's continued engagement with Symantec in public-private partnerships that strengthen our collective efforts to protect business enterprises, governments, and consumers from cyber threats.

    In furtherance of that relationship, you have asked Symantec for statistics about the extent to which we have detected deployment of a Remote Access Trojan (RAT) known as Trojan.Nancrat or "NanoCore." Symantec's definition of this RAT is available at: https://www.symantec.com/security_response/writeup.jsp?docid=2014-050908-1738-99.

    During the three-year period from December 14, 2014 through December 13, 2017, Symantec received notifications of Trojan.Nancrat detections from 107,813 unique devices globally. A detection means that one of our security products installed on a device has identified the presence of a file that meets the technical specifications provided in a malware definition. Such detections generate automated notifications to Symantec by the affected device. Of the 107,813 unique devices that detected Trojan.Nancrat during this period, 17,437 reported the detection between December 14, 2014, and December 31, 2016; the remaining 90,376 reported detections in 2017. We do not presently have comprehensive data of Trojan.Nancrat detections that pre-date December 14, 2014.

    Our detections of Trojan.Nancrat during the full three-year period occurred in approximately 160 countries, with the highest concentrations being in India (53%), the United Arab Emirates (14%), the United States (10%), Japan (3%), and the United Kingdom (1%).

    You are welcome to share this data with third parties, consistent with your investigative and law-enforcement needs.

Sincerely,

*Bill Wright* (signature)

Bill Wright
Director, Government Affairs, and
Senior Policy Counsel