# *United States v. Taylor Huddleston*

# EXHIBIT 2 (Letters on Taylor Huddleston's Behalf)

# List of Letters

1. Leonard, Brandi (family friend)
2. Redd, Kathy (mother)
3. Redd, Roy (step-father)
4. Schuhart, Jackie (former partner)

To whom it may concern:
Hi my name is Brandi Leonard I am delighted to write this letter for Taylor Huddleston. I first became acquainted with Taylor in march of 2017 when I came to arkansas for spring Break. Taylor is my boyfriend's little Brother. my first impression on Taylor was how welcoming he was to myself and my 7 year old son. He was a little shy but still very nice and very thoughtful. after I moved to arkansas in may of 2017 me and taylor became friends. He is so much fun to be around. One thing I admired about taylor is his honesty. He's always been very honest.

I hope this letter helps taylor in any way it can.

          thank you

          Brandi Leonard
          10·8·17

Honorable Liam O'Grady,

My name is Kathy Renée Redd and I am Taylor's mother. I am a Postmaster and have been employed for 24 years with the United States Postal Service.

I would like for you to know that my son is a very sweet, gentle, mild-mannered, bashful and trustworthy person. This whole incident is terribly shocking and when I received the phone call about his arrest I could not believe it and neither could anyone else. Taylor is my quite son that never does anything wrong and is always there to help others in need.

Prior to this incident Taylor has never been in trouble before. I raised three boys on my own and always made sure my children were well cared for. They were active in boy scouts, T-ball, karate,

soccer, swimming, 4-H, (Taylor got to ride on a float in the parade) bowling, etc. Although we had to move a few times for upward mobility in my career, we always seemed to persavere.

Your honor I am asking that you please have mercy on my child. I know for certain that if Taylor thought he would have been in this kind of trouble, he would not have written that program. Please give him the opportunity to do something constructive and meaningful with his life. Taylor is a smart young man and has a lot of potential to help educate people with his computer knowledge.

Thank you for taking the time to read this letter. I know you have a difficult job to do and a very hectic schedule.

Sincerely,
Kathy R Dodd

Honorable Liam O'Grady,

My name is Roy Redd and I am Taylor's step-father. I would just like to let you know that Taylor is a very well- liked young man. He rented a trailer from me about five years ago and always paid his rent on time and never gave me any trouble. Whenever I anyone needs help he is always there to lend a hand.

Your Honor, I ask you to please take into consideration when making your decision that Taylor has never been in trouble and he is a genuine and likable person. I know he will be much more careful in the future when writing his programs.

Sincerely,

*Roy Redd*
Roy Redd

Oct. 9, 2017

Honorable Liam O'Grady, United States District Judge,

There are so many paths that I have watched him walk, and this was the last one I never thought I would see. Still there are so many open roads for the future and I hope that we can experience them together.

I've known Taylor since 2008 and have been dating him since 2009. In all the years that I have known him, I have never known him to be the person that they are trying to make him be. In March of 2011, I told my family that I would be making the biggest decision of my life; moving from New York to Arkansas to be with him. His family and him both accepted me with open arms and we began our journey from there.

2011 we lived in Cabot and it was just the beginning of his programming days. He would spend (and still does) most of his days in his room for hours at a time coding. He found solace in his work, being an introvert and what started as a hobby grew into something more. He made a career from it throughout the years, trying to support us for the future and current times. Even after years of working everyday, that spark never left. He enjoyed the challenge, like trying to figure out a puzzle and help himself grow. As much as it did seven years ago, today he still finds an immense amount of joy in programming.

It has brought him a lot of confidence, motivation and oddly enough, friends. At one point in time, he wanted to teach people how to program, those who were interested and he tried to. Whenever he was working, he would stream and I believe it gave him quite a bit of satisfaction to be able to help those whom wanted it. He even, several times has tried to teach me but I don't have quite the knack for it.

Now we sit at these unfortunate crossroads trying to figure out which direction life is headed. I know that he

had never once expected things to get this out of hand, let alone for it to have ever happened. Even so, he takes each day in stride, much better then most people would, I think. He, despite everything, keeps a very positive attitude.

I know, probably better then most that he can be a stubborn and occasionally ornery, that he wouldn't have let things get taken this far. He truly is a wonderful person who I am sure has so many regrets about how things have ended up. I believe that in my heart that he doesn't deserve any of this subjection, that neither of us do. I know that he just wanted a better life for himself, for everyone around him and so far, aside from all of this, I think he has earned it.

He's not a malicious person and has never once done anything to me or anyone else to prove otherwise. I think that it was just a set of unfortunate circumstances that have lead to this point and he happened to be at the wrong place at the wrong time. All things aside, Judge, thank you for taking the time to read all of our letters, my letter. I hope that I have conveyed what I could of him, to show you that he is a wonderful person.

Sincerely,
Jackie Schuhart.