# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.      **SENTENCING MINUTES**

**TAYLOR HUDDLESTON**      Case No. 1:17CR34

---

HONORABLE LIAM O'GRADY presiding      Time Called: 11:30 a.m.
Proceeding Held: February 23, 2018      Time Concluded: 12:00 p.m.
Deputy Clerk: Amanda      Court Reporter: N. Linnell

**Appearances:**

UNITED STATES OF AMERICA by:      Kellen Dwyer
TAYLOR HUDDLESTON in person and by:      Kenneth Troccoli, Hayter Whitman

INTERPRETER: None      ☐ Interpreter Sworn

---

☒ The parties have no objections to the factual statements in the PSR      ☒ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant      ☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

---

☒ The government presents sentencing argument: Recommends 87 months.      ☒ The defendant presents sentencing argument: Requests no more than 6 months.
☐ Defendant exercises right of allocution.      ☒ The court imposes sentence.
☐ The government dismisses count(s) _____.      ☐ Defendant advised of appeal rights.

---

**SENTENCING GUIDELINES:**
Offense Level: 27
Criminal History: I
Imprisonment Range: 70-87 months
Supervised Release Range: 1-3 years
Fine Range: $25,000.00 - $250,000.00
Restitution: None
SA: $100.00

- Government responds to defendant's filing.
- Mr. Whitman responds and presents argument.

**SENTENCE IMPOSED:**

**Imprisonment:**     33     Months as to Count(s)    Three    of the Indictment.
                            Months as to Count(s)              of the      .

        TOTAL TERM OF IMPRISONMENT IMPOSED:       months.

**Probation:**                Years as to Count(s)              of the      .

**Supervised Release:**    Two    Years as to Count(s)    Three    of the Indictment.
                                    Years as to Count(s)              of the      .

**MONETARY PENALTIES**

**Special Assessment:**   $ 100.00       due immediately

**Fine:**               $                    ☒ fine waived

**Restitution:**        $ None           ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with      .
☐ Repayment of Buy Money is **joint and several** with      .

**FORFEITURE**

☒ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at FCI Texarkana
☒ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other:      .

**CUSTODY**

☐ The defendant is remanded to the custody of the U.S. Marshal Service.
☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

**Special Conditions**

- ☒ Drug Testing – Special Condition
- ☐ Drug Testing – Standard Condition
- ☐ Drug Testing – Waived
- ☐ Monthly Restitution Payment: $ _____
- ☐ Monthly Fine Payment: $ _____
- ☐ Repay Buy Money – Total: $ _____.
- ☐ Repay Buy Money:  $ _____/month
- ☐ No New Lines of Credit
- ☒ Financial Disclosure
- ☐ Submit to search by USPO
- ☐ No tavern employment or patronization
- ☐ No employment with fiduciary responsibilities
- ☐ No gambling
- ☐ No transfer of assets in excess of $500.00
- ☐ No possession/use of computer – on-line access
- ☐ No possession/use of data encryption/erasure
- ☐ Provide computer passwords and logons
- ☒ Consent to computer searches/monitoring
- ☐ Apply all monies to court-obligated debt

- ☐ Home Confinement for _____ days
- ☐ Home Confinement with Alcohol Testing for _____ days
- ☐ Community Correctional Center: _____ days
- ☐ Residential Re-Entry Center:  _____ days
- ☐ Cooperate with Bureau of Immigration/Customs
- ☐ Cooperate with IRS
- ☐ Cooperate with Child Support
- ☒ Participate in mental health treatment program
- ☐ Participate in sex offender assessment/treatment
- ☐ Waive confidentiality – sex offender treatment
- ☐ No sexually-explicit materials w/minors
- ☐ No possession/viewing of pornography or erotica
- ☐ Obtain GED or HSED
- ☐ No contact – unrelated children under 18
- ☐ No contact with victim(s)
- ☐ No contact with gang members
- ☐ Perform community service: _____ hours
- ☒ Obtain GED