IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

```
UNITED STATES OF AMERICA        )
                                )
            v.                  )        No. 1:17CR34
                                )
TAYLOR HUDDLESTON,              )
                                )
            Defendant.          )
```

FILED
IN OPEN COURT

FEB 23 2018

CLERK

## CONSENT ORDER OF FORFEITURE

WHEREAS, on July 25, 2017, Defendant Taylor Huddleston pleaded guilty to count

three of the indictment charging the defendant with aiding and abetting computer intrusions, in

violation of Title 18, United States Code, Section 1030(a)(5)(A) and 2, and pursuant to the

defendant's plea, the defendant agreed to forfeit all of the defendant's interests in the property

that is the subject of this order of forfeiture, and to the entry of an order of forfeiture concerning

such property;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of

Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2(b)(4) and 43(a) with respect to discussion of

forfeiture at the plea colloquy, notice of forfeiture in the charging instrument, and announcement

of the forfeiture at sentencing and incorporation of the forfeiture in the judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

THAT:

1.      The defendant forfeits to the United States the sum of $88,739.59 in the form of a

money judgment representing the proceeds that the defendant obtained, directly or indirectly,

from the violation to which the defendant pled guilty, pursuant to 18 U.S.C. § 982(a)(2)(B), and Fed. R. Crim. P. 32.2(b)(2).

2.     This forfeiture order is final as to the defendant, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A).

3.     The United States may take steps to collect said judgment by all available means, including but not limited to the forfeiture of property that is traceable to the proceeds of the offense or the forfeiture of property that is a substitute therefor.

4.     Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

Date: Feb 23, 2018
Alexandria, Virginia

_/s/_
Liam O'Grady
United States District Judge

WE ASK FOR THIS:

For the United States of America, plaintiff

Dana J. Boente
United States Attorney

By: _Kellen Dwyer_   10-27-17
Kellen Dwyer
Assistant United States Attorney

For Taylor Huddleston, Defendant

Taylor Huddleston
Defendant

_Kenneth P. Troccoli_   10-23-17
Kenneth P. Troccoli, Esq.
Hayter L. Whitman, Esq.
Counsel for the Defendant